RECEIVED
USDC, WESTERN DISTRICT OF LA.
TONY R. MOORE, CLERK
DATE ⎯⎯⎯⎯⎯⎯⎯⎯
BY ⎯⎯⎯⎯⎯⎯⎯⎯

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| **ANDREW FULTON** <br> **LA. DOC #550701** <br> **VS.** | **CIVIL ACTION NO. 09-1130** <br><br> **SECTION P** <br><br> **JUDGE ROBERT G. JAMES** |
| **WANDA NOLAN, ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT

For the reasons stated in this Court's Ruling and in the Report and Recommendation of the Magistrate Judge [Doc. No. 8], which has been adopted by the Court,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's civil rights complaint be **DISMISSED WITH PREJUDICE** as frivolous and for failure to state a claim upon which relief may be granted under 28 U.S.C. § 1915 (d)(2)(B)(i) and (ii) and failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure and Local Rule 41.3W.

MONROE, LOUISIANA, this 2 day of February, 2010.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE